No. 309.   BREEN *v.* OTIS ELEVATOR CO. ET AL.   Sup. Ct. La.   Certiorari denied.   *Steven R. Plotkin* for petitioner.   *Charles K. Reasonover* for respondents.

No. 311.   WASHINGTON TERMINAL CO. *v.* TAYLOR. C. A. D. C. Cir.   Certiorari denied.   *Stephen A. Trimble* for petitioner.   *James R. Scullen* for respondent.

No. 312.   MEYERS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Alan H. Levine* and *Thomas H. Baer* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 313.   KALISH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *George T. Altman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Jonathan S. Cohen,* and *Stuart A. Smith* for the United States.

No. 315.   HAYES *v.* UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.   *David P. Schippers* and *Samuel J. Betar* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States et al.

No. 317.   B. F. DIAMOND CONSTRUCTION CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.   *Daniel R. Coffman, Jr.,* for petitioners.   *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.